

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Phillip Michael Nunez, Appellant

No. 06-21-00101-CR     v.

The State of Texas, Appellee

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 32289CR). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment adjudicating guilt by changing the entry under "Plea to Motion to Adjudicate" to "TRUE TO PARAGRAPH 6; NOT TRUE TO PARAGRAPHS 1, 5, AND 7." As modified, the judgment of the trial court is affirmed.

We note that the appellant, Phillip Michael Nunez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 16,2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk